ANTHONY R. GALLAGHER
Federal Defender
Federal Defenders of Montana
104 2nd Street South, Suite 301
Great Falls, Montana 59401
anthony_gallagher@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329

Attorneys for Defendant Shad Huston

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAD JAMES HUSTON,<br><br>Defendant. | Case No. CR-14-46-GF-BMM<br>Case No. CR-15-35-GF-BMM<br>Case No. CR-15-42-GF-BMM<br><br>**DEFENDANT'S LETTERS<br>IN AID OF SENTENCING** |

Shad James Huston ("Mr. Huston"), by and through his attorneys, Anthony R. Gallagher and the Federal Defenders of Montana, submits Letters in Aid of Sentencing in accord with section 8(c)(ii) of the Administrative Procedures Manual for the District of Montana.

Exhibit 501 - Jamie Courville;

Exhibit 502 - Mark Hausman;

Exhibit 503 - Suzanne Huston;

Exhibit 504 - Chuck Jensen;

Exhibit 505 - Dr. J. Lee Peters; and

Exhibit 506 - Dr. Ronald P. Sexton.

RESPECTFULLY SUBMITTED this 8th day of February, 2016.

/s/ Anthony R. Gallagher

# CERTIFICATE OF SERVICE - L.R. 5.2(b)

I hereby certify that on February 8, 2016, a copy of the foregoing document was served on the following persons by the following means:

 1, 2  CM-ECF
 3   Mail
 3   E-Mail

1. CLERK, U.S. DISTRICT COURT
2. CARL E. ROSTAD
   RYAN G. WELDON
   United States Attorney's Office
   Counsel for the United States
3. SHAD JAMES HUSTON
   Defendant

/s/ Anthony R. Gallagher

Federal Defenders of Montana
104 Second Street South, Suite 301
Great Falls, MT 59401
(406) 727-5328

P:\Gallagher\DOCS\Huston, S\Sentencing\Sent_Letters.wpd

2