**RYAN G. WELDON**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT  59403**
**119 First Ave. North, Suite 300**
**Great Falls, MT  59403**
**Phone:  (406) 761-7715**
**FAX:  (406) 453-9973**
**E-mail:     Ryan.Weldon@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **SHAD JAMES HUSTON,** Defendant. | **CR 14-46-GF-BMM** **CR 15-35-GF-BMM** **CR 15-42-GF-BMM** **NOTICE OF SENTENCING WITNESS** |

The United States provides notice that it could potentially call Resident Agent in Charge (RAC) Joseph Waller.  RAC Waller, if called, would testify about the enhancement under USSG §2C1.2(b)(3), USSG §5K1.1, and any other factors to aid the Court in its analysis under 18 U.S.C. § 3553(a).

DATED this 8th day of February, 2016.

MICHAEL W. COTTER
United States Attorney


*/s/ Ryan G. Weldon*
RYAN G. WELDON
Assistant U.S. Attorney